UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| CHRISTOPHER LITTLE, | ) | |
| Plaintiff, | ) | 3:04-cv-0514-PMP-VPC |
| v. | ) | |
| TED D'AMICO, et al., | ) | <u>O R D E R</u> |
| Defendants. | ) | |

Before the Court is the Report and Recommendation (#34) of the Honorable Valerie P. Cooke, United States Magistrate Judge, filed January 4, 2007. No Objections to the Magistrate Judge's Report and Recommendation were filed in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted a <u>de</u> <u>novo</u> review of the record in this case in accordance with 28 U.S.C. § 636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Cooke should be affirmed.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#34) entered January 4, 2007, is affirmed, Defendants' Motion for Summary Judgment (#24/#25) is granted, and the Clerk of Court shall enter Judgment in favor of Defendants and against Plaintiff.

DATED:   January 25, 2007

_____
PHILIP M. PRO
United States District Judge